# United States District Court
## For The Western District of North Carolina
### Statesville Division

WESLEY MARTIN BREWINGTON,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                            CASE NO. 5:09CV31

GETRAG CORPORATION,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 12, 2011, Order.

                                        Signed: October 12, 2011

                                        */s/ Frank G. Johns*
                                        Frank G. Johns, Clerk
                                        United States District Court